UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAYA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID BARKA; NOORI BARKA; EVELYN BARKA; CALBIOTECH, INC.; CALBIOTECH, INC. 401(k) PROFIT SHARING PLAN; CALBIOTECH, INC. PENSION PLAN; ERBA MANNHEIM,<br><br>　　　　　　　Defendants. | Case No.: 19-cv-2295-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

　　On June 16, 2020, the Court ordered Plaintiff Robert Raya to show cause as to why the action against Defendant Erba Mannheim should not be dismissed due to Plaintiff's failure to serve Defendant Erba Mannheim. (ECF No. 18). The Court stated:

> [T]he Court will dismiss the action against Defendant Erba Mannheim without prejudice unless, within twenty-one (21) days from the date of this Order, Plaintiff files 1) proof that service of the Summons and Complaint was timely effectuated on Defendant Erba Mannheim; or 2) proof that service of the Summons and Complaint was not required as to Defendant Mannheim; or 3) a declaration under penalty of perjury showing good cause for the failure to timely effect service on Defendant Erba Mannheim accompanied by a

motion for leave to serve process outside of the 90-day period.

(*Id.* at 2). The docket reflects that Plaintiff has not filed a response to the Order to Show Cause.

IT IS HEREBY ORDERED that the action is dismissed without prejudice as to Defendant Erba Mannheim.

Dated: July 27, 2020

Hon. William Q. Hayes
United States District Court